# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RANDY SMITHSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )  CIVIL NO. 09-103-GPM |
| | ) |
| **ILLINOIS CENTRAL RAILROAD COMPANY,** | ) |
| | ) |
| | ) |
| **Defendant.** | |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge G. Patrick Murphy presiding, on a Stipulation for Dismissal filed by the parties.

**IT IS ORDERED** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is **DISMISSED with prejudice**.  The parties shall bear their own costs.

**DATED**: January 5, 2010

NANCY J. ROSENSTENGEL, CLERK

By:  s/ Linda M. McGovern
      Deputy Clerk

APPROVED:   S/G. Patrick Murphy
      G. Patrick Murphy
      United States District Judge